1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE GIBBS,

11           Petitioner,                  No. CIV S-06-0309 LKK KJM P

12       vs.

13   SCOTT KERNAN,

14           Respondent.                  ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus under 28 U.S.C. § 2254.  The application attacks a conviction issued by the

18   Superior Court of Los Angeles County.  While both this Court and the United States District

19   Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial

20   Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the

21   resolution of petitioner's application are more readily available in Los Angeles County, which is

22   located in the Central District of California.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

23   /////

24   /////

25   /////

26   /////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2    1.  This court has not ruled on petitioner's application to proceed in forma

3    pauperis;

4    2.  This matter is transferred to the United States District Court for Central

5    District of California.

6    DATED:  April 25, 2006.

7

8

9    _____
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13   1
     gibb0309.108

14

15

16

17

18

19

20

21

22

23

24

25

26

2